IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SHELLEY NUSS,

        Defendant.

4:15CR3007

**ORDER**

Upon the defendant's unopposed motion,

IT IS ORDERED that the court's prior order setting defendant's conditions of release, (Filing No. 31), is modified as follows:

1)     Upon Defendant's graduation from IOP, she is permitted to live at her residence in Hastings.

3)     All other terms of the court's prior release order, (Filing No. 22), including the conditions of release and the sanctions and penalties for violating those conditions, remain in effect.

July 1, 2015.

                                  BY THE COURT:

                                  *s/ Cheryl R. Zwart*
                                  United States Magistrate Judge