IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CR3007 |
| | ) | |
| V. | ) | |
| | ) | |
| SHELLEY NUSS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the request of the defendant,

IT IS ORDERED that:

(1) The undersigned, who is the sentencing judge in this case, has no objection to the defendant being married while in custody.

(2) The Clerk shall deliver two copies of this order to the United States Marshals Service in Lincoln, with the understanding that one copy will be provided to the defendant and one copy provided to the custodial facility.

DATED this 12th day of November, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge